UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

JOSEPH J. FOSTANO,

     Plaintiff,

v.

SANTANDER CONSUMER USA INC.,

     Defendant.

_____/

## COMPLAINT
## JURY DEMAND

1.     Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA") and the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.     With respect to Plaintiff's claim under the FDCPA, this Court has federal question jurisdiction as the claim arises under federal law – the FDCPA.

3.     With respect to Plaintiff's claim under the TCPA, the Court has both diversity jurisdiction under 28 U.S.C. §1332 and supplemental jurisdiction under 28 U.S.C. §1367. The citizenship of the parties are diverse, Florida and Texas. Plaintiff alleges in excess of 50 violations of the TCPA. The TCPA provides for damages of up to $1,500 per violation. Accordingly, the amount in controversy is

in excess of $75,000, and exceeds the threshold amount required to establish diversity jurisdiction.

## PARTIES

4.    Plaintiff, JOSEPH J. FOSTANO, is a natural person, and citizen of the State of Florida, residing in Palm Beach, Florida.

5.    Defendant, SANTANDER CONSUMER USA INC., is a corporation and citizen of the State of Texas with its principal place of business at Suite 1100 – N, 8585 North Stemmons, Dallas, Texas 75247.

6.    Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

7.    Defendant regularly collects or attempts to collect debts for other parties.

8.    Defendant is a "debt collector" as defined in the FDCPA.

## FACTUAL ALLEGATIONS

9.    Defendant made telephone calls to Plaintiff in an effort to collect an alleged debt arising from transactions incurred for personal, family or household purposes.

10.    Defendant left the following messages on Plaintiff's voice mail on his cellular telephone on or about the dates stated:

June 12, 2009

2

Yeah this message for Joanne Calugsi this is Anthony with Santander. If you would please give me a return call, the number is 888-222-4227. I'll be in the office today from 7:00 AM to 9:00 PM Central Standard Time.

June 17, 2009
Hey this message is for Joanne Calacks this is Anthony with Santander, partnered with Sovereign Bank. It's very important that you give me a call my number is 888-222-4227. I will be in the office today from 7:00 AM to 10:00 PM Central Standard Time. Joanne you do have some options available to you, please give me a return call.

June 18, 2009
Hey this message is for Joanne Calacksi this is Anthony with Santander, partnered with Sovereign Bank. I've left you several messages in regards to communication; please give me a return call, my number is 888-222-4227. I will be in the office today from 7:00 AM to 10:00 PM Central Standard Time. Please try to return the call.

June 19, 2009
This message is for Joanna Calacksi. Ms. Calacksi this is Mary calling with Santander, please take the time out to return my call. 888-222-4227. The office is open today until 9:00 PM Central Standard Time.

June 22, 2009
This message is for Joanne Calacksi. This is Anthony with Santander, if you will please give me a return call. My number is 888-222-4227. I'll be in the offices from 7:00 AM till 10:00 PM Central Standard Time. I'd appreciate a return call.

June 23, 2009
This message is for Joanne Calacksi, this is Malcolm with Santander, partner with Sovereign Bank. Joanne, I left you several messages in regards to communication.  Please give me a return call.  My number is 888-222-4227. I will be in the office from 7:00 AM to 10:00 PM Central Standard Time. You do have some options available to you.  Please give me a return call.

August 8, 2009 – Pre-Recorded Message
Santander Consumer USA. Please contact our servicing department at our toll-free number 1-888-222-4227. Again, our toll-free number is 1-888-222-4227. Santander appreciates your prompt response.

August 10, 2009
Yes this message is for Joanna Calicks, this is Chris calling with Santander. Please do return the call today before 10:00 PM Central Time my number is 888-222-4227. Thanks.

August 11, 2009
Yes this message is for Joanna Calicks, this is Chris calling with Santander. Please do return the call today before 10:00 PM Central, my number is 888-222-4227.

August 12, 2009
Yes this message is for Joanna Calicks, this is Chris calling with Santander. Please do return the call today before 10:00 PM Central Time, my number is 888-222-4227. It is very important that we do speak with you, we do have some assistance that you qualify for, we'd like to help.

August 13, 2009
Yes this message is for Joanna Calicks, this is Chris calling with Santander. Please do return the call today before 10:00 PM Central, my number is 888-222-4227. We do have some assistance available for you, Ms. Calicks, and we'd like to help. Thanks.

August 17, 2009
Yes this message is for Joanna Calicks, Ms. Calicks this is Chris calling with Santander. Please do return the call today before 10:00 PM Central Time, my number is 888-222-4227. It is important that we do speak to you – speak with you today ma'am, you do qualify for some assistance and we'd like to help. Thanks.

August 20, 2009
Yes this message is for Joanna Calicks, This is Chris calling with Santander. Please do return the call today before 10:00 PM Central Time, my number is 888-222-4227. It is important that we speak with you today we do have some assistance that you qualify for. We'd like to help. Thanks.

August 21, 2009
Yes this message is for Joanna Calicks, This is Chris calling with Santander. Please do return the call today before 10:00 PM Central, my number is 888-222-4227. It is important that we speak with you, we do need a return call, we do have some assistance that you qualify for. We'd like to help. Thanks.

4

<u>August 24, 2009</u>
Yes this message is for Joanna Calicks, This is Chris calling with Santander. Please do return the call today before 10:00 PM Central Time, my number is 888-222-42.

<u>August 26, 2009</u>
Hi this message for Joanna Calacksi, my name is Lamar I'm calling from Santander. Joanne please take the time to return this phone call today, we have assistance for you. Our phone number is 888-222-4227 we're open until 10:00 PM Central Time. Thank you.

<u>August 27, 2009</u>
This message for Joanna, this is Nicole with Santander. Please return the call, 888-222-4227, the office is open from 7:00 AM to 10:00 PM Central Time.

<u>August 28, 2009</u>
Hi this message is for Joanna Calacksi, my name is Elena, I am calling you from Santander. Please contact our office at 1-888-222-4227, the office will be open until 9:00 PM Central Standard Time. Thank you.

<u>August 29, 2009</u>
Yes this message is for Joanna Calicks, this is Chris calling with Santander. Please do return the call today before 10:00 PM Central Time my number is 888-222-4227. It is very urgent that you do return this call. We will be here till 5:00 PM Central Time.

<u>September 10, 2009</u>
Yes this message is for Joanna Calicks, this is Chris calling with Santander. Please do return the call today before 10:00 PM Central Time, my number is 888-222-4227. Please do return the call, we do have some assistance available for you that you qualify for, but we do need to speak with you today.

<u>September 11, 2009</u>
This message is for Joanna Calacksi, this is Anthony with Santander. Please give me a return call my number is 888-222-4227. I'll be in the office today from 7:00 AM to 9:00 PM Central Standard Time. Appreciate a return call. 888-222-4227.

September 14, 2009
Yes this message is for Joanna Calicks. Ms. Calicks this is Chris calling with Santander. Please do return the call today before 10:00 PM Central Time my number is 888-222-4227. We do have some assistance available for you that you qualify for and we'd be happy to help out. Thanks.

September 15, 2009 at 9:55 AM
Yes this message is for Joanna Calicks. This is Chris calling with Santander. Please do return the call today before 10:00 PM Central Time my number is 888-222-4227. And we do have some assistance available for you that you qualify for, we'd like to help out. Thank you.

September 15, 2009 at 6:19 PM
Hi this is a message for Joanna V. Calicksi. My name is Robert from Santander Consumer. Would you please extend the courtesy to me before – 10:00 PM Central, call us 888-222-4227. Please call in and speak to the first person available. Thank you.

September 16, 2009 at 1:31 PM – Pre-Recorded Message
This is Santander Consumer USA, please contact our servicing department using our toll-free number at 1-888-222-4227. Again our toll free number is 1-888-222-4227. You may also access your account online at www.santanderconsumerusa.com using the my account feature. Santander Consumer USA appreciates your prompt response.
Hola. Estamos llamando de Santander Consumer USA. Por favor comunique se con nuestro departamento de servicio puede usar nuestro numero de telefono gratis 1-888-222-4227. Nuevamente nuestro numero de telefono gratis es 1-888-222-4227. Tambien puede obtener acceso a su cuenta vajo www.santanderconsumerusa.com bajo la puncion de mi cuenta. Santander Consumer USA apprecia tu prontar despuesda.

September 16, 2009 at 2:06 PM
Yes this message is for Joanna Calicks. Ms. Calicks this is Chris calling with Santander. Please do return the call today before 10:00 PM Central Time, my number is 888-222-4227. It is important that we do speak to you today Ms. Calicks we do have some assistance available for you that you qualify for. We'd like to help out. Thank you.

September 17, 2009

Yes this message is for Joanna Calicks. This is Chris calling with Santander. Please do return the call today before 10:00 PM Central Time, my number is 888-222-4227. We do have some assistance available for you that you qualify for. Please do return the call today. Thank you.

September 18, 2009
This message is for Joanna Calicksi. This is Anthony with Santander. If you would ma'am please give me a return call. I'll be in the office today until 9:00 PM Central Standard Time. Ms. Joanne you do qualify for some assistance, if you would please give me a return call 888-222-4227. This is Anthony with Santander, I would appreciate a return call. 888-222-4227.

September 21, 2009
Yes this message is for Joanna Calicks. This is Chris calling with Santander. Please do return the call today before 10:00 PM Central Standard Time. My number is 888-222-4227. We do have some assistance available for you that you qualify for. Please do return the call today.

September 22, 2009 at 10:16 AM
Yes this message is for Joanna Calicks. Ms. Calicks this is Chris calling with Santander. Please do return the call today before 10:00 PM Central. My number is 888-222-4227.

September 22, 2009 at 11:36 AM
This message is for Joanna Calicksay. This is Chelsea, account manager her with Santander. Calling to offer assistance. Please give me a call before 10:00 PM Central Time, the number is 888-222-4227. Thank you and have a great day.

September 23, 2009 at 2:11 PM
Yes, this message is for Joanna Calicks. This is Chris calling with Santander. Ms. Calicks please do return the call today before 10:00 PM Central Time, my number is 888-222-4227. And we do have some assistance available for you. Please do return the call today, thank you.

September 23, 2009 at 8:37 PM
This message is for Joanna Calick. This is Joy with Santander. Please give me a call back, our number here is 888-222-4227. I'll be in the office today until 10:00 PM Central Time. Thank you.

September 24, 2009
Yes, this message is for Joanna Calicks. This is Chris calling with Santander. Please do return the call today before 10:00 PM Central, we am qualified for assistance so please take advantage of this offer by returning this call as soon as possible. My number is 888-222-4227.

September 25, 2009
Yes, this message is for Joanna Calicks. This is Chris calling with Santander. Please do return the call today before 10:00 PM Central, at 888-222-4227. We do have some assistance available for you but it is urgent that you do return the call.

September 26, 2009
Yes, this message is for Joanna Calicks. This is Chris calling with Santander. Please do return the call today before 5:00 PM Central, we have you qualified for some assistance, please take advantage of this offer by returning the call as soon as possible. My number is 888-222-422 –

September 28, 2009 at 12:54 PM
Joanna Calicks, this is Chris calling with Santander. We have you qualified for some assistance so please do take advantage of this offer by returning this call as soon as possible. My number is 888-222-4227. It is very important that we do speak with you today, thank you.

September 28, 2009 at 8:54 PM
This message is for a Joanna Calicksi, this is Sara with Santander Consumer. If you could please give us a return phone call the number is 1-888-222-4227 we'll be here till 10:00 PM Central Standard Time, we do have some assistance that is available to you, all we do need is a return phone call. Our toll-free number is 888-222-4227. Thank you so much for your time.

September 29, 2009 at 10:32 AM
Joanna Calicks, this is Chris calling with Santander. Please do return the call today before 10:00 PM Central Time at 888-222-4227. We do have some assistance available for you that you qualify for and we'd like to help.

September 29, 2009 at 2:36 PM
This message is for Joanna, my name is Yolanda and I'm calling from Santander and it's very important that you do take the time and return my

8

call today. Please take advantage of that. Our number is 888-222-4227 and we'll be in the office until 10:00 PM Central Time. Thank you.

September 30, 2009 at 4:40 PM
This message is intended for Joanna Glester, my name is Rosalind, account manager, I am calling on behalf of Santander Consumer USA. I know we have several messages, but we do have assistance available today to help you. We'd like to speak with you to take advantage of these assistance, please call back before close of business at 10:00 PM and speak with any representative that answers your call to take advantage of this assistance we have today. Number is 888-222-4227. 888-222-4227. Call today, as we can help you.

September 30, 2009 at 12:24 PM
Joanna Calicks this is Chris calling with Santander, please do return the call today before 10:00 PM Central Time at 888-222-4227 it is very important that we speak with you today. We have you qualified for some assistance so please take advantage of this offer by returning this call no later than 10:00 PM Central Time, September the 30th. Thank.

September 30, 2009 at 6:09 PM
This voicemail is for Joanna Cacksill, this is Jeannie with Santander Consumer. If you could please return our phone call, today is September 30, we do have assistance available for you, that phone number is 888-222-4227. We will be open until 10:00 PM Central Standard Time. Once again that number is 888-222-4227. Today is September 30 and we do have assistance available for you. Thank you.

October 9, 2009
Joanna Calicks this is Chris calling with Santander, please do return the call today before 9:00 PM Central at 888-222-4227. It is important that we speak with you we have some assistance that you're qualified for, please do return the call today to take advantage of this offer. The number is 888-222-4 –

October 10, 2009
Joanna Calicks this is Chris calling with Santander, please do return the call today before 10:00 PM Central at 888 – I'm sorry, before 5:00 PM Central at 888-222-4227. We do have some assistance available for you that you qualify for, we'd be more than happy to help. Please do take advantage of that today, by returning the call, thank you. Today is October the 10th.

October 12, 2009
Ms. Joanna Calicks this is Chris calling with Santander, please do return the call today before 10:00 PM Central Time at  888-222-4227.

October 14, 2009
Yes Joanna Calicks this is Chris calling with Santander, please do return the call today before 10:00 PM Central Time at 888-222-4227. We do have assistance available for you that you qualify for, please do take advantage of this today.

October 15, 2009
Joanna Calicks this is Chris calling with Santander, please do return the call today before 10:00 PM Central Time at 888-222-4227. It is important we speak with you we have advantage of – assistance available for you to take advantage of before 10:00 PM Central October the 15th, my number is 888-222.

October 16, 2009
Yes, message is for Joanna Calicks this is Chris calling with Santander, please do return the call today before 10:00 PM Central Time at 888-222-4227. We have assistance available for you please do return the call to take advantage of that offer. Thank you.

October 19, 2009
Yes, this message is for Joanna Calicks this is Chris calling with Santander, please do return the call today before 10:00 PM Central Time at 888-222-4227. We do have assistance available for you that you qualify for please do return the call to take advantage of that. Thank you.

October 21, 2009
Joanna Calicks this is Chris calling with Santander, please do return the call today before 10:00 PM Central Time at 888-222-4227. We have assistance available for you please do take advantage of that and return the call. Thank you.

October 23, 2009
This message is for Joanna Calicks this is Chris calling with Santander, please return the call today before 10:00 PM Central Time at 888-222-4227.

October 25, 2009 – Pre-Recorded Message
This is Santander Consumer USA. Please contact our servicing department using our toll-free number at 1-888-222-4227. Again our toll-free number is 1-888-222-4227. You may also access your account online at www.santanderconsumerusa.com using the my account feature. Santander Consumer USA appreciates your prompt response.
Hola. Estamos llamando de Santander Consumer USA. Por favor comunique se con nuestro departamento de servicio puede usar nuestro numero de telefono gratis 1-888-222-4227. Nuevamente nuestro numero de telefono gratis es 1-888-222-4227. Tambien puede obtener acceso a su cuenta vajo www.santanderconsumerusa.com bajo la puncion de mi cuenta. Santander Consumer USA aprecia tu prontar despuesda.

October 26, 2009
The message is intended for Joanna Calicksi, this is Cassandra with Santander Consumer. It is urgent that you return the call today at 1-888-222-4227. The office will be open until 10:00 PM Central Standard Time. Please return the call today, thank you.

October 28, 2009
This is an urgent message here for Joanna Calicks. This is Carla calling from Santander Consumer. Please return the call back today the phone number here in the office is 1-888-222-4227. Please return the call, the office will be open today until 10:00 PM Central Standard Time. It is urgent, please return the call, we do have assistance available, however, you must return the call back today. Thank you.

October 29, 2009
Urgent message for Joanna Calicks. This is Carla calling from Santander Consumer. Please return the call back today the phone number here in the office is 1-888-222-4227. Please return the call, the office will be open today until 10:00 PM Central Standard Time. It is urgent, please return the call, we do have assistance available, but you must return the call back today. Thank you.

October 30, 2009
This message is for Joanna Calicksi. This is Sara with Santander Consumer. If you could please give us a return phone call the number is 1-888-222-4227, we'll be here till 9:00 PM Central Standard Time.

November 10, 2009
Yes, this message is for Joanna Calicks. This is Chris calling with Santander please do return the call today before 10:00 PM Central Time at 888-222-4227. Thank you.

November 11, 2009 – Pre-Recorded Message
This is Santander Consumer USA, please contact our servicing department using our toll-free number at 1-888-222-4227. Again our toll free number is 1-888-222-4227. You may also access your account online at www.santanderconsumerusa.com using the my account feature. Santander Consumer USA appreciates your prompt response.
Hola. Estamos llamando de Santander Consumer USA. Por favor comunique se con nuestro departamento de servicio puede usar nuestro numero de telefono gratis 1-888-222-4227. Nuevamente nuestro numero de telefono gratis es 1-888-222-4227. Tambien puede obtener acceso a su cuenta vajo www.santanderconsumerusa.com bajo la puncion de mi cuenta. Santander Consumer USA aprecia tu prontar despuesda.

November 12, 2009 at 2:12 PM
Urgent message for Joanna Calicks – Callicks, this is Carla calling from Santander Consumer. Please return the call back today, phone number here in the office is 1-888-222-4227. Please return the call the office will be open today until 10:00 PM Central Standard Time. It is urgent please return the call we do have assistance available but you must return the call back today, thank you.

November 12, 2009 at 3:37 PM
Yes this message is for Joanna Calicks, this is Chris calling with Santander. Please do return this call today before 10:00 PM Central Time at 888-222-4227.

November 13, 2009
Yes this message is for Joanna Calicks, this is Chris calling with Santander. Please do return the call today before 10:00 PM Central Time at 888-222-4227. Thank you.

November 15, 2009 – Pre-Recorded Message
This is Santander Consumer USA, please contact our servicing department using our toll-free number at 1-888-222-4227. Again our toll free number is 1-888-222-4227. You may also access your account online at

12

www.santanderconsumerusa.com using the my account feature. Santander Consumer USA appreciates your prompt response.

Hola. Estamos llamando de Santander Consumer USA. Por favor comunique se con nuestro departamento de servicio puede usar nuestro numero de telefono gratis 1-888-222-4227. Nuevamente nuestro numero de telefono gratis es 1-888-222-4227. Tambien puede obtener acceso a su cuenta vajo www.santanderconsumerusa.com bajo la puncion de mi cuenta. Santander Consumer USA aprecia tu prontar despuesda.

November 16, 2009

Joanna Calicks this Chris calling with Santander, please do return the call today before 10:00 PM Central Standard Time at 888-222-4227. We do have assistance available for you, we'd like to discuss what options we have.

November 17, 2009

This message is for Joanna Calicks this Chris calling with Santander, please do return the call today before 10:00 PM Central Time at 888-222-4227. We'll be in the office until 10:00 PM Central Standard Time to assist. Thank you.

November 18, 2009 at 8:02 AM

Yes, this message is for Joanna Calicks. This is Chris calling with Santander. Please do return the call today before 10:00 PM Central time at 888-222-4227.

November 18, 2009 at 3:19 PM

This message is for Joan Calicksa this Ms. Smith with Santander. It's very important that you return my call at 1-888-222-4227. Again that toll free number is 1-888-222-4227.We have assistance available and we need to hear from you before 9:00 PM Central Standard Time today. Thank you.

November 18, 2009 at 6:07 PM

Hi this message is for Joanna Calicksay this is Chelsea, account manager with Santander. I'm calling to offer you assistance. Please return my call today before 10:00 PM Central Time. Any of our reps will be able to help you we have some great assistance options available to get you current. The number is 888-222-4227. Thank you and you have a great day.

November 19, 2009

Yes this message is for Joanna Calicks this is Chris calling with Santander. Please do return the call today before 10:00 PM Central Standard Time at 888-222-4227. We do have some assistance available for you and we'd like to discuss some new options for you. Thank you.

November 20, 2009
This message is for Joanna Calicks this is Chris calling with Santander. Please do return the call today before 10:00 PM Central Time at 888-222-422.

November 21, 2009
This message is for Joanna Calicksi this is Matt Jackson, account manager with Santander Consumer. Please give us a call back at 1-888-222-4227. Office hours are from 7:00 AM to 5:00 PM Central today.

November 23, 2009 at 10:35 AM
This message is for Joanna Calicks this is Chris calling with Santander. Please do return the call today before 10:00 PM Central Time at 888-222-4227. Thank –

November 23, 2009 at 3:06 PM
Joanna Calacksi this is Darian with Santander, today is Monday November 23, the office is open 7:00 AM to 10:00 PM Central Standard Time. The number is 888-222-4227. 888-222-422.

November 23, 2009 at 3:06 PM
This message is for Joanna Calicks this is Mr. Carter calling from Santander. Contact Santander right away our number is 1-888-222-4227. Our office hours Monday through Thursday 7:00 AM to 10:00 PM, Friday 7:00 to 9:00, and Saturday 7:00 to 5:00 Central Standard Time. Account number is 1-888-222-4227. Again our office hours Monday through Thursday 7:00 AM to 10:00 PM, Friday 7:00 to 9:00, and Saturday 7:00 to 5:00 Central Standard Time.

November 24, 2009
Message is for Joanna Calicks. This is Chris calling with Santander. Please return the call today before 10:00 PM Central Time at 888-222-4227.

November 25, 2009

14

This message is for Joanna Calicks. This is Mr. Samuels calling from Santander Consumer. 888-222-4227. My office is open today until 10:00 Central Standard Time, and I have a special offer of assistance available for you. It's first come first served, it's time sensitive, it's going fast, all I need you to do is call in and listen to what my office has to offer you, I think you'll be pleasantly surprised. 888-222-4227.

November 27, 2009
Hi this is Fatima calling from Santander, trying to get in contact with you. Give me a call back today we will be here until 5:00 PM Central Time today. That number is 888-222-4227. Thank you.

November 28, 2009
This message is for Joanna this is Darian with Santander, today is Saturday November 28, the office is open 7:00 AM to 5:00 PM Central Time. 888-222-4227.

December 6, 2009 – Pre-Recorded Message
This is Santander Consumer USA, please contact our servicing department using our toll-free number at 1-888-222-4227. Again our toll free number is 1-888-222-4227. You may also access your account online at www.santanderconsumerusa.com using the my account feature. Santander Consumer USA appreciates your prompt response.
Hola. Estamos llamando de Santander Consumer USA. Por favor comunique se con nuestro departamento de servicio puede usar nuestro numero de telefono gratis 1-888-222-4227. Nuevamente nuestro numero de telefono gratis es 1-888-222-4227. Tambien puede obtener acceso a su cuenta vajo www.santanderconsumerusa.com bajo la puncion de mi cuenta. Santander Consumer USA aprecia tu prontar despuesda.

December 8, 2009
Yes this message is for Joanna Calicks this is Chris calling with Santander. Please do return the call today before 10:00 PM Central Time at 888-222-4227.

December 9, 2009
This message is for Joanna Calicksi this Ms. Thomas calling with Santander, please return the call today at 1-888-222-4227. Office is open until 10:00 PM Central Standard Time we do have available assistance, please return the call thank you.

December 10, 2009
This message is for Joanna Calicksi this Jeannie with Santander Consumer, if you can please return our phone call we have assistance available to you, that number is 888-222-4227 we are in the office until 10:00 PM Central Time. Thank you.

December 11, 2009
Hello this message is for Joanna this is Lakina I'm calling from Santander Consumer, it's very important for you to return the call today we have some assistance available that will help you at this time to get back on track. We'll be here until 9:00 PM Central Standard Time, the number is 888-222-4227.

December 14, 2009
Hi this message is for Joanna Calicksa. My name is Laman I'm calling from Santander. Please take the time to return this phone call. We have assistance available for you. Our phone number is 888-222-4227. We'll be open until 10:00 PM Central Time. Thank you.

December 15, 2009
This message is for Joanna Calicks this is Chris calling with Santander. Please return the call today before 10:00 PM Central Time at 888-222-4227.

December 16, 2009
Yes this message is for Joanna Calicks this is Chris calling with Santander. Please do return the call today before 10:00 PM Central at 888-222-4227.
December 17, 2009
Yes this message is for Joanna Calicks this is Chris calling with Santander. Please return the call today before 10:00 PM Central Time at 888-222-4227.

December 19, 2009
Yes this message is for Joanna Calicks, this is Chris calling with Santander. Please do return the call today before 10:00 PM Central Time at 888-222-4227.

December 21, 2009
Yes this message is for Joanna Calicks, this is Chris calling with Santander. Please return the call today before 10:00 PM Central Time at 888-222-4227.

December 22, 2009

Yes this message is for Joanna Calicks, this is Chris calling with Santander. Please do return the call today before 10:00 PM Central Time at 888-222-4227.

December 23, 2009
This message is for Joanna Calicksay, Matt Jackson, account manager with Santander Consumer, please give us a call back at 1-888-222-4227. Office hours are from 7:00 AM to 10:00 PM Central today, please give us a call back.

December 24, 2009
This message is for Joanna Calicksa, this is Chelsea with Santander, calling to offer you assistance. If you will please give me a call back today before 5:00 PM Central Time, the number is 888-222-4227. Thank you and have a good day.

December 28, 2009
This message is for Joanna Calicks, this is Jeannie with Santander Consumer, please return our phone call, we do have assistance available for you, the number is 888-222-4227. We're in the office until 10:00 PM Central Time. Again that is 888-222-4227. Thank you.

December 29, 2009
This message is for Joanna Calicksy, this is Ms. Smith with Santander, very important that you do return this call back today before 10:00 PM Central Standard Time at toll-free 1-888-222-4227. Again that's 1-888-222-4227. We do have assistance available and we do need to hear from you before 10:00 PM Central Standard Time today. Thank you.

December 30, 2009
Joanna this is Kelly I'm calling on behalf of Santander Consumer. It's very important that I receive a return phone call from you. You can reach me at 888-222-4227. The office will be open until 10:00 PM Central Standard Time. Again my number is 888-222-4227.

December 31, 2009
This message is for Joanna Calicksi, my name is Laura from Santander Consumer. It's very important you do take the time to call, 888-222-4227. We do have assistance available, call and ask about the assistance so we can set that up for you today. We're going to be here until 10:00 PM Central

Standard Time so when you do call be sure to ask about the assistance at 888-222-4227.

January 6, 2010
This message is for Joanna Calicksi, this is Cassandra with Santander Consumer. It is urgent that you return the call at 1-888-222-4227 the office will be open until 10:00 PM Central Time. Thanks.

January 7, 2010 at 3:20 PM
This message is for Joanna Calicksi, Ms. Austin here with Santander, when you see this message if you could please return the call at 888-222-4227. We're in the office today until 10:00 PM Central Standard Time, where our agents are in and available to assist you. Thank you.

January 7, 2010 at 3:21 PM
Yes this message is for Joanna, this is Carlos calling from Santander. I need a return call today. My number here is 888-222-4227. Someone will be in the office up until 10:00 PM Central Time to assist you. Return my call to 888-222-4227. Thanks.

January 8, 2010
This message is for Joanna Calicksay this is Sara with Santander Consumer if you could please give us a return phone call the number is 1-888-222-4227, we'll be here until 10:00 PM Central Standard Time, again the number is 1-888-222-4227. Please give us a return phone call as soon as possible, thank you so much for your time.

January 10, 2010 – Pre-Recorded Message
This is Santander Consumer USA, please contact our servicing department using our toll-free number at 1-888-222-4227. Again our toll free number is 1-888-222-4227. You may also access your account online at www.santanderconsumerusa.com using the my account feature. Santander Consumer USA appreciates your prompt response.
Hola. Estamos llamando de Santander Consumer USA. Por favor comunique se con nuestro departamento de servicio puede usar nuestro numero de telefono gratis 1-888-222-4227. Nuevamente nuestro numero de telefono gratis es 1-888-222-4227. Tambien puede obtener acceso a su cuenta vajo www.santanderconsumerusa.com bajo la puncion de mi cuenta. Santander Consumer USA apprecia tu prontar despuesda.

January 11, 2010
This message is for Joanna Calicksi, this is Sara with Santander Consumer. If you could please give us a return phone call the number is 1-888-222-4227. We'll be here until 10:00 PM Central Standard Time, again the number is 1-888-222-4227.

January 14, 2010
This message is intended for Joanna Calacksi this is Cassandra with Santander Consumer, it is urgent that you return that call at 1-888-222-4227. The office will be open until 10:00 PM Central Standard Time thank you.

January 19, 2010
This message is for Joanna Calacksi this is Cassandra with Santander Consumer, it is urgent that you return that call at 1-888-222-4227, no later than 10:00 PM Central Time today thanks.

January 21, 2010
The message is for Joanna Calacksi this is Cassandra with Santander Consumer, it is urgent that you return the call at 1-888-222-4227, no later than 10:00 PM – I mean 10:00 PM Central Standard Time, thank you.

January 22, 2010
The message is for Joanna Calacksi this is Cassandra with Santander Consumer, it is urgent that you return the call at 1-888-222-4227, no later than 9:00 PM Central Standard Time today, thanks.

January 23, 2010
The message is for Joanna Calacksi this is Cassandra with Santander Consumer, it is urgent that you return the call at 1-888-222-4227, the office will be open until 5:00 PM Central Time thanks.

January 25, 2010
The message is for Joanna Calacksi this is Cassandra with Santander Consumer, it is urgent that you return the call at 1-888-222-4227, no later than 10:00 PM Central Time today thanks.

February 1, 2010
The message is for Joanna Calacksi this is Cassandra with Santander Consumer, urgent that you return the call at 1-888-222-4227, the office will be open until 10:00, thanks.

<u>February 2, 2010</u>
This message is intended for Joanna Calacksi this is Cassandra with Santander Consumer, it's urgent that you return the call at 1-888-222-4227, the office will be open today until 10:00, please return the call.

<u>February 4, 2010</u>
This message is for Joanna Calacksi this is Cassandra with Santander Consumer, it is urgent that you return the call at 1-888-222-4227, the office will be open until 10:00, please return the call.

<u>February 8, 2010</u>
This message is for Joanna Calacksi this is Cassandra with Santander Consumer, it is urgent that you return the call at 1-888-222-4227, no later than 10:00 PM Central Standard Time thanks.

<u>February 9, 2010</u>
This message is intended for Joanna Calacksi this is Cassandra with Santander Consumer, it is urgent that you return the call at 1-888-222-4227, no later than 10:00 PM Central Standard Time thank you.

<u>February 10, 2010</u>
This message is for Joanna Calacksi this is Cassandra with Santander Consumer, urgent that you return the call at 1-888-222-4227, no later than 10:00 PM Central Standard Time today thanks.

<u>February 11, 2010</u>
Joanna this is Kelly I'm calling on behalf of Santander Consumer, it's very important that I receive a return phone call from you. The office will be open until 10:00 PM Central Standard Time. I do have some assistance available for you, I'd like the opportunity to help you, 888-222-4227.

<u>February 13, 2010</u>
This message is for Joanna Calacksi this is Cassandra with Santander Consumer, urgent that you return that call at 1-888-222-4227. The office will be open until 10:00 PM Central Time, thanks.

<u>February 15, 2010</u>

This message is intended for Joanna Calacksi this is Cassandra with Santander Consumer, urgent that you return the call at 1-888-222-4227, no later than 10:00 PM Central Time, thanks.

February 18, 2010
This message is for Joanna Calacksi this is Cassandra with Santander Consumer, it is urgent that you return the call at 1-888-222-4227, the office will be open until 10:00 PM Central Time, thanks.

February 19, 2010
The message is for Joanna Calacksi this is Shaniqua with Santander Consumer, we do have assistance for you, I need you to return the call today our number is 888-222-4227, we're open until 10:00 PM Central Standard Time. Thank you and have a great day.

February 22, 2010
This message is intended for Joanna Calacksi, this is Cassandra with Santander Consumer, urgent that you return the call to 1-888-222-4227, thanks.

March 3, 2010
The message is for Joanna Calicksi. This is Cassandra with Santander Consumer. Urgent that you return the call today at 1-888-222-4227. The office will be open until 10:00 PM Central Standard Time. Please return the call today. It's very, very urgent. Thank you.

March 4, 2010
The message is intended for Joanna Calicksi. This is Cassandra with Santander Consumer. Urgent that you return the call at 1-888-222-4227 no later than 10:00. Thanks.

March 5, 2010
The message is for Joanna Calicksi. This is Cassandra with Santander Consumer. Urgent that you return the call at 1-888-222-4227. Uh, doin' a follow-up on the arrangements that's set for today. Please call back before we close at 9:00 PM Central Standard Time. Thanks.

11.     Defendant left similar or identical messages on other occasions.

(Collectively, "the telephone messages").

21

12.     The messages are "communications" as defined by 15 U.S.C.

§1692a(2). See *Berg v. Merchs. Ass'n Collection Div*., Case No. 08-60660-Civ-

Dimitrouleas/Rosenbaum, 2008 U.S. Dist. LEXIS 94023 (S.D. Fla. Oct. 31, 2008).

13.     The messages are directed to "Joanna Calicks" or "Joanna Calacksi".

14.     Plaintiff has no knowledge of Joanna Calicks or Joanna Calacksi and

is not responsible for her alleged debt.

15.     Defendant used an automatic telephone dialing system or a pre-

recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

16.     Plaintiff did not expressly consent to Defendant's placement of

telephone calls to Plaintiff's cellular telephone by the use of an automatic

telephone dialing system or a pre-recorded or artificial voice prior to Defendant's

placement of the calls.

17.     None of Defendant's telephone calls placed to Plaintiff were for

"emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A).

18.     Defendant willfully or knowingly violated the TCPA.

## <u>COUNT I</u>
## <u>TELEPHONIC HARASSMENT AND ABUSE BY EXCESSIVE CALLING</u>

19.     Plaintiff incorporates Paragraphs 1 through 18.

20.     Defendant caused Plaintiff's telephone to ring repeatedly or

continuously with the intent to annoy, abuse or harass in violation of 15 U.S.C

§1692d(5). See *Sanchez v. Client Servs*., 520 F. Supp. 2d 1149, 1160-1161 (N.D. Cal. 2007).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

        a.      Damages;

        b.      Attorney's fees, litigation expenses and costs of suit; and

        c.      Such other or further relief as the Court deems proper.

## COUNT II
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

21.    Plaintiff incorporates Paragraphs 1 through 18.

22.    Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice without Plaintiff's prior express consent in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

        a.      Damages;

        b.      a declaration that Defendant's calls violate the TCPA;

        c.      a permanent injunction prohibiting Defendant from placing non-emergency calls to Plaintiff's cellular telephone using an

automatic telephone dialing system or pre-recorded or artificial voice

without Plaintiff's prior express consent; and

d.     Such other or further relief as the Court deems proper.


## JURY DEMAND

Plaintiff demands trial by jury.

DONALD A. YARBROUGH, ESQ.
Attorney for Plaintiff
Post Office Box 11842
Ft. Lauderdale, FL 33339
Telephone: 954-537-2000
Facsimile: 954-566-2235
donyarbrough@mindspring.com


By: s/ Donald A. Yarbrough
Donald A. Yarbrough, Esq.
Florida Bar No. 0158658