UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80704-CIV-RYSKAMP/VITUNAC

JOSEPH J. FOSTANO,

    Plaintiff,

v.

SANTANDER CONSUMER USA, INC.,

    Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court pursuant to the parties' Rule 41(a)(1)(A)(ii) stipulation for dismissal with prejudice, filed November 2, 2011 **[DE 96]**.  It is hereby

ORDERED AND ADJUDGED that the above-styled case is DISMISSED WITH PREJUDICE with each party to bear its own fees and costs except as otherwise agreed by the parties.  The Clerk of Court shall CLOSE this case and DENY any pending motions as MOOT.

DONE AND ORDERED at Chambers in West Palm Beach, Florida, this 4th day of November, 2011.

                                                      S/Kenneth L. Ryskamp
                                                      KENNETH L. RYSKAMP
                                                      UNITED STATES DISTRICT JUDGE